3

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

v.

Dena Marie Lampitok,

Defendant.

_____/

Violation:
18 U.S.C. § 1791(a)(1) and
1791(b)(1)

Case: 2:24-cr-20695
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 12/17/2024
Description: SEALED MATTER (CMS)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
18 U.S.C. § 1791(a)(1) and 1791(b)(1)
*Providing Contraband to Prisoner*

On or about February of 2024, in the Eastern District of Michigan,

Southern Division, and elsewhere, the defendant, Dena Marie

Lampitok, provided and attempted to provide a prohibited object, that

is, methamphetamine, its salts, isomers, and salts of its isomers, to an

inmate at the Federal Correctional Institution in Milan, Michigan, in

violation of Title 18, United States Code, Sections 1791(a)(1) and

1791(b)(1).

1

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 28, United States Code, Section 2461(c).

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Sara D. Woodward*
SARA D. WOODWARD
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Darrin Crawford*
DARRIN CRAWFORD
Assistant United States Attorney

Dated: December 17, 2024

Case: 2:24-cr-20695
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 12/17/2024
Description: SEALED MATTER (CMS)

| **United States District Court**<br>**Eastern District of Michigan** | **Criminal Case Cover S** |
|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    ☒ No | AUSA's Initials: D.C |

**Case Title:** USA v. Dena Marie Lampitok

**County where offense occurred :** Monroe and Washtenaw

**Check One:**      ☒ **Felony**      ☐ **Misdemeanor**      ☐ **Petty**

☐✓ Indictment/____ Information --- **no** prior complaint.
____Indictment/____ Information --- based upon prior complaint [**Case number:**                    ]
____Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____      **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
|  |  |  |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

December 17, 2024
Date

Darrin Crawford
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
313-226-9549
Darrin.Crawford@usdoj.gov
P75863

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.